

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00305-CV

**IN THE INTEREST OF S.O.J.P.** and G.M.E., Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01294
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED.

We order that no costs be assessed against appellant J.P. because he is indigent.

SIGNED July 23, 2014.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Gloria Saldaña is the presiding judge of the 438th Civil District Court. However, the order of termination was signed by Associate Judge Charles Montemayor.